# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 89 MM 2022
:
:
:
v. :
:
:
DUANE E. FULGER :
:
:
PETITION OF: WILLIAM E. MOORE, :
ESQUIRE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2022, in consideration of the Application to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Montgomery County for that court to determine whether Attorney William E. Moore should be permitted to withdraw.

    If Attorney Moore is permitted to withdraw, the court is DIRECTED to resolve any issues relative to Duane E. Fulger being appointed counsel or granted leave to proceed *pro se*.

    The Court of Common Pleas of Montgomery County is DIRECTED to enter its order regarding this remand within 90 days and to notify this Court promptly of its determination.